■ Samantha Kizis, an Infant, by Her Father and Natural Guardian, Angelo Rivera, et al., Appellants, v Toi L. Nehring et al., Respondents. (Appeal No. 2.) [810 NYS2d 704]—Appeal from an order of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered November 1, 2004 in a personal injury action. The order, among other things, denied plaintiffs' motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1], [2]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.